SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR #263326)
JOSEPH B. ANGELO (BAR #268542)
SCOTT M. JOHNSON (BAR #287182)
**SAGARIA LAW, P.C.**
3017 Douglas Blvd. Ste 100
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Wylie<br><br>                    Plaintiff.<br><br>v.<br><br>Equifax, Inc.<br><br>                    Defendant. | Case No.: 2:17-cv-02333-JAM-KJN<br><br>**PROOF OF SERVICE**<br><br>Date:<br>11/8/17<br><br>Time:<br>2:09pm |

I, Mark Loeffler, the undersigned, declare that I am employed in the County of Placer. I am over the age of 18 and am not a party to the within entitled action. My business address is 3017 Douglas Blvd. Ste 100 Roseville, CA 95661.

   On November 8, 2017, I served the following documents:

   1) **SUMMONS**
   2) **COMPLAINT**
   3) **CIVIL COVER SHEET**
   4) **ORDER REQUIRING JOINT STATUS REPORT**
   5) **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS**
   6) **MAGISTRATE JUDGE CONSENT AND DECLINATION FORM**
   7) **NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION**
   8) **STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP**

on all interested parties named below, by personal service, addressed as follows:

Equifax, Inc.

2710 Gateway Oaks Dr. Ste 150N

Sacramento, CA  95833

Name of Party who accepted service: Becky DeGeorge

    I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2017, at Sacramento, California.

                                               Mark Loeffler