**MCGUIREWOODS LLP**
Anthony Q. Le (SBN# 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant
Bank of America, N.A.

**SAGARIA LAW, P.C.**
Scott J. Sagaria (SBN# 217981)
Elliot W. Gale (SBN# 263326)
Joe B. Angelo (SBN# 268542)
Scott M. Johnson (SBN# 287182)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: 408.279.2288
Facsimile: 408.279.2299

Attorneys for Plaintiff
Laura Wylie

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Laura Wylie,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Equifax, Inc.; Bank of America, N.A.; and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02333-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 144(a); ORDER**<br><br>Complaint Filed: November 7, 2017<br><br>Honorable John A. Mendez<br><br>Current Response Deadline: 2/9/2018<br>New Response Deadline: 3/2/2018 |

This Stipulation is made by and between Plaintiff Laura Wiley ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") through their respective counsel and in light of the following facts:

**RECITALS**

WHEREAS; on November 7, 2017, Plaintiff filed this action against BANA, and a summons was issued by the Court;

WHEREAS; BANA was served a copy of the Complaint and Summons on December 29, 2017;

WHEREAS; on January 17, 2018, the Parties filed a first joint stipulation for extension of time for BANA to respond to the Complaint by twenty-one days;

WHEREAS; BANA's current deadline to respond to the Complaint is presently February 9, 2018;

WHEREAS; BANA and Plaintiff are continuing to engage in good-faith settlement discussions in an effort to resolve the case without wasting the Court's time and resources;

WHEREAS; BANA, through counsel, has requested a second twenty-one (21) day extension of time within which to respond to the Complaint and Plaintiff, through counsel, has agreed to this request.

**STIPULATION**

THEREFORE, the parties agree through their respective attorneys to the following:

1. BANA's time to file a responsive pleading in this action shall be extended by twenty-one days up to and including March 2, 2018.

2. This is the second extension of time to respond for BANA.

3. This extension will not affect any other deadline in this case.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

///

///

All other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing.

DATED: February 9, 2018          **MCGUIREWOODS LLP**

By: /s/ *Anthony Q. Le*
    Anthony Q. Le

    Attorneys for Defendant
    Bank of America, N.A.

DATED: February 9, 2018          **SAGARIA LAW LLP**

By: */s/ Elliot Gale (with permission)*
    Elliot Gale

    Attorneys for Plaintiff
    Laura Wiley

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | This Court, having received and reviewed the stipulation of the parties referenced |
| 4 | immediately above, and finding good cause therefore, hereby enters the stipulation as the order of |
| 5 | the Court.  Accordingly, |
| 6 | (1)    Defendant Bank of America, N.A.'s time to file a responsive pleading in this action |
| 7 |         shall be extended by twenty-one days up to and including March 2, 2018. |
| 8 | (2)    This is the second extension of time to respond for BANA. |
| 9 | (3)    This extension will not affect any other deadline in this case. |
| 10 | (4)    This stipulation is without prejudice to the rights, claims, arguments, and defenses |
| 11 |         of all parties. |

**IT IS SO ORDERED.**

Dated:  2/9/2018                                    /s/ John A. Mendez_____
                                                             HONORABLE JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT COURT JUDGE