Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Laura Wylie

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LAURA WYLIE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., et al.,<br><br>    Defendants. | Case No.: 2:17-cv-02333-JAM-KJN<br>Assigned to: Hon. John A. Mendez<br>Referred to: Hon. Kendall J. Newman<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Laura Wylie and defendant Bank of America, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Bank of America, N.A. from this action upon finalization.

**Sagaria Law, P.C.**

Dated:   March 1, 2018        By:    /s/ *Elliot Gale*
                                     Elliot Gale
                                     Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. -1-

|   |   |   |   |
|---|---|---|---|
| Dated:  March 1, 2018 | | By: | **McGuire Woods, LLP**<br><br>/s/ *Anthony Q. Le*<br>Anthony Q. Le<br>Attorneys for Defendant<br>Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Anthony Q. Le has concurred in this filing.

*/s/ Elliot Gale*